# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *

BENCHMARK RESOURCES CORPORATION,       *
a Colorado Corporation; GENTRY
CORPORATION, a Colorado Corporation,   *

                  Plaintiffs,          *

      v.                               *   No. 03-178L

THE UNITED STATES,                     *   (Filed Aug. 30, 2006)

                  Defendant.           *

* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

Plaintiffs' responses to defendant's proposed findings filed on August 29, 2006, are not in conformance with RCFC 56(h)(2). Accordingly,

**IT IS ORDERED**, as follows:

Plaintiffs shall refile and serve on defendant their responses in the correct format as soon as practicable.

s/ Christine O.C. Miller
_____
**Christine Odell Cook Miller**
Judge