**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BENCHMARK RESOURCES ) <br> CORPORATION, GENTRY ) <br> CORPORATION, and SUNRISE ) <br> HOLDING, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | No. 03-178L <br><br> Honorable Christine Odell Cook Miller |

**NOTICE OF ERRATA RE: PLAINTIFFS' RESPONSE TO
DEFENDANT'S PROPOSED FINDINGS
OF UNCONTROVERTED FACT IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT (AMENDED)**

Plaintiffs advise the Court and Defendant that there is a typographical error in Plaintiffs' Response to the Proposed Findings of Uncontroverted Fact submitted by Defendant in Support of its Motion for Summary Judgment. Specifically, Paragraph 9 incorrectly recites that "Defendants own the mineral rights in the Mineral Property. . . ." This sentence should, of course, instead read that "**Plaintiffs** own the mineral rights in the Mineral Property. . . ." Plaintiffs respectfully request that the above-referenced Response be amended accordingly.

RESPECTFULLY SUBMITTED this 25th day of September, 2006.

          **BENCHMARK RESOURCES CORPORATION,**
          **GENTRY CORPORATION & SUNRISE HOLDING, INC.**


          By: s/   James N. MacKinlay
               James N. MacKinlay
               1019 South Stapley
               Mesa, Arizona  85204
               Phone: (480) 898-9239
               Fax: (480) 833-2175
               Attorney of Record for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th day of September, 2006, a true and correct copy of Notice of Errata re: Plaintiffs' Response to Defendant's Proposed Findings of Uncontroverted Fact in Support of its Motion for Summary Judgment, was served via first class mail, postage prepaid, on Defendant's counsel of record:

        James D. Gette
        U.S. Department of Justice
        Environment & Natural Resources Division
        P.O. Box 663
        Washington, D.C. 20044


        s/     James N. MacKinlay
             James N. MacKinlay