## Wharton Property Coal Reserve Estimate
## Based upon electronic re-calculation of Mineral Associates, Inc. Report

| Seam | Area (acres) | | |
|---|---|---|---|
| | Surface | Underground | Total |
| Total Morgan Springs & Richey Ridge | 1,462 | 974 | **2,436** |
| Total Lantana | 778 | 550 | **1,328** |
| Total Sewanee | 1,750 | - | **1,750** |
| Total Richland | 1,076 | 10,642 | **11,719** |
| Total Nelson | 14,615 | 14,615 | **29,231** |
| **Total all seams** | **19,682** | **26,782** | **46,463** |

| Seam | In-Place Resources (tons) | | |
|---|---|---|---|
| | Surface | Underground | Total |
| Total Morgan Springs & Richey Ridge | 4,706,546 | 5,092,426 | **9,798,973** |
| Total Lantana | 2,030,348 | 3,236,625 | **5,266,972** |
| Total Sewanee | 6,429,466 | - | **6,429,466** |
| Total Richland | 5,398,021 | 54,083,629 | **59,481,651** |
| Total Nelson | 1,107,237 | 66,973,497 | **68,080,733** |
| **Total all seams** | **19,671,618** | **129,386,178** | **149,057,795** |

| Seam | Recoverable Reserves (tons) | | |
|---|---|---|---|
| | Surface | Underground | Total |
| Total Morgan Springs & Richey Ridge | 4,235,892 | 2,546,213 | **6,782,105** |
| Total Lantana | 1,827,313 | 1,618,312 | **3,445,625** |
| Total Sewanee | 5,786,519 | - | **5,786,519** |
| Total Richland | 4,858,219 | 27,041,815 | **31,900,034** |
| Total Nelson | 996,513 | 33,486,748 | **34,483,261** |
| **Total all seams** | **17,704,456** | **64,693,089** | **82,397,545** |

| Seam | Recoverable Reserves Contained Within Wharton Property & Rock Creek Watershed Boundary (tons) | | |
|---|---|---|---|
| | Surface | Underground | Total |
| Total Morgan Springs & Richey Ridge | 1,811,415 | 749,267 | **2,560,682** |
| Total Lantana | 694,349 | 426,365 | **1,120,715** |
| Total Sewanee | 5,388,122 | - | **5,388,122** |
| Total Richland | 2,901,266 | 13,056,943 | **15,958,209** |
| Total Nelson | 25,302 | 17,200,461 | **17,225,763** |
| **Total all seams** | **10,820,454** | **31,433,036** | **42,253,490** |

| | Surface | Underground | Total |
|---|---|---|---|
| **Total all seams sterilized reserves** (too small or remote for mining) | 667,224 | 4,948,847 | 5,616,070 |

| Seam | After Removal of Reserves in Watershed the Following Reserves are Viable For Permitting and Mining (tons) | | |
|---|---|---|---|
| | Surface | Underground | Total |
| Total Morgan Springs & Richey Ridge | 2,418,097 | 1,796,946 | **4,215,043** |
| Total Lantana | 1,085,222 | 497,713 | **1,582,935** |
| Total Sewanee | - | - | **-** |
| Total Richland | 1,742,249 | 12,740,993 | **14,483,242** |
| Total Nelson | 971,211 | 13,275,553 | **14,246,764** |
| **Total all seams** | **6,216,778** | **28,311,206** | **34,527,984** |

| Seam | Total Reserves Affected by Watershed Removal (tons) | | |
|---|---|---|---|
| | Surface | Underground | Total |
| Total Morgan Springs & Richey Ridge | 1,817,794 | 749,267 | **2,567,062** |
| Total Lantana | 742,091 | 1,120,599 | **1,862,690** |
| Total Sewanee | 5,786,519 | - | **5,786,519** |
| Total Richland | 3,115,971 | 14,300,821 | **17,416,792** |
| Total Nelson | 25,302 | 20,211,195 | **20,236,497** |
| **Total all seams** | **11,487,678** | **36,381,883** | **47,869,561** |

**Notes:**
Coal reserves based up coal density of 80 pounds per cubic foot
Surface mineable recovery estimated at 90%
Underground mineable recovery estimated at 50%
All reserves based on mineable seam locations from Jan 10, 1982 Mineral Associates, Inc reserve report.
All seam locations copied and re-calculated using AutoCad areas and Mineral Associates coal thickness data