



NOTE:
Electronic copy of Geologic Interpretation
Dated 12/81 Provided by:

Mineral Associates, Inc
Art Thompson, P.E.
to
Benchmark Resources, Corp.

**Richland Seam**
**Wharton Property**

〜 RockCreek WaterShed
━━ Wharton Property Line
Surface Reserves Inside RCWS
Surface Reserves Outside of RCWS
Underground Reserves Inside of RCWS
Underground Reserves Outside of RCWS
Possible Deep Area

**Benchmark Resources Corp.**
P.O. Box 5611
Carefree, AZ 85377

**WILEY**
CONSULTING, LLC

P.O. Box 4027
Englewood, CO
80155-4027

**Richland Seam**
**Wharton Property**

www.wileyconsulting.net | Horizontal Scale: 1" = 5000'

| Date: 4/05/2006 | Designed: KW |
| Revision: | Drawn: KW |
| Sheet: 1 of 1 | File: ...\Wharton\...\Main_Map.dwg |



NOTE:
Electronic copy of Geologic Interpretation
Dated 12/81 Provided by:

Mineral Associates, Inc
Art Thompson, P.E.
to
Benchmark Resources, Corp.

Sewanee Seam
Wharton Property

⌒ RockCreek WaterShed

—— Wharton Property Line

Surface Reserves
Inside RCWS

Surface Reserves
Outside of RCWS

Reserves inside RCWS
and out of Wharton
Property

Benchmark Resources Corp.
P.O. Box 5611
Carefree, AZ 85377

WILEY
CONSULTING, LLC

P.O. Box 4027
Englewood, CO
80155-4027

Sewanee Seam
Wharton Property

www.wileyconsulting.net | Horizontal Scale: 1" = 5000'

Date: 4/05/2006 | Designed: KW

Revision: | Drawn: KW

Sheet: 1 of 1 | File: ..\Wharton\..\Main_Map.dwg