## Wiley / OSM Comparison

Recoverable Reserves Contained Within Rock Creek Watershed Boundary (tons)

| Coal Seam | OSM Estimate (Tons) | | | Wiley Consulting Estimate (Tons) | | | Difference (OSM vs. Wiley) | | |
|---|---|---|---|---|---|---|---|---|---|
| | Surface | Underground | Total | Surface | Underground | Total | Surface | Underground | Total |
| Morgan Springs | 979,200 | 2,926,150 | 3,905,350 | 1,811,415 | 749,267 | 2,560,682 | (832,215) | 2,176,883 | 1,344,668 |
| Lantana | 676,800 | - | 676,800 | 694,349 | 426,365 | 1,120,714 | (17,549) | (426,365) | (443,914) |
| Sewanee/Richland Miltiseam surface reserves | 13,840,000 | - | 13,840,000 | 5,388,122 | - | 5,388,122 | 8,451,878 | 0 | 8,451,878 |
| Sewanee/Richland Miltiseam mining reserves | 486,720 | 13,000,000 | 13,486,720 | 2,901,266 | 13,056,943 | 15,958,209 | (2,414,546) | (56,943) | (2,471,489) |
| Nelson | - | 15,096,000 | 15,096,000 | 25,302 | 17,200,461 | 17,225,763 | (25,302) | (2,104,461) | (2,129,763) |
| **TOTAL** | **15,982,720** | **31,022,150** | **47,004,870** | **10,820,454** | **31,433,036** | **42,253,490** | **5,162,266** | **(410,886)** | **4,751,380** |

*\* Wiley estimate is for Wharton Property within the Rock Creek Watershed.*